*Geo. W. Bidell vs Joshua Poyer.*   Argued June 16- 1835
Alexander D. Fraser Att'y for Plff in error.

Supreme Court.

*Geo. W. Bidell vs.*⎫
*Joshua Poyer*    ⎬   Certo— to Justice Chipman——    June Term A.D. 1835

Action of assumpsit brought by plff. below against Deft.— Parties appeared,
went to trial, and after the testimony was closed on the part of Deft. below, the plff.
below, asked for a continuance for the want of a witness— Which was opposed by
Deft. but granted by the Justice.

1   This, the Plff. in error contends, was a discontinuance of the case. And the
Justice erred, in proceeding to hear additional testimony next day.   1 Johns. Dig.
457-467. Cowen Treatise 516.

2   An adjournment improperly granted, is a discontinuance of the Suit. 2 Johns
R. 192-

3.   When a Justice suspended the trial after it had been commenced, in order to
allow one of the parties to produce further proof; It was held to be an abuse of dis-
cretion and the Judgment was reversed—. 13 Johns. 469

4.   It is too late to ask for an adjournment after the jury is sworn and impan-
nelled. 8 Johns. 437